# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROMUALDO MORENO  
       10810 BONIE BRAE ROAD     SSN-xxx-xx-4175       Case Number: 08-70351  
       HUNTLEY, IL  60142

Case filed on: 2/12/2008  
Plan Confirmed on: 4/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,050.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTY BERNARD NATALE | 3,500.00 | 3,500.00 | 1,584.52 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,584.52 | 0.00 |
| 999 | ROMUALDO MORENO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CASTLE BANk NA | 4,270.38 | 4,270.38 | 944.10 | 281.19 |
| 002 | CITIMORTGAGE INC | 37,456.88 | 18,000.00 | 0.00 | 0.00 |
| 003 | HARRIS BANK NA | 21,149.64 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 62,876.90 | 22,270.38 | 944.10 | 281.19 |
| 001 | CASTLE BANk NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACC COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CENTREGA PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DELL PREFERRED ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SPRINT NEXTEL - DISTRIBUTION | 734.89 | 14.70 | 0.00 | 0.00 |
| 009 | GREAT LAKES FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 6,096.40 | 121.93 | 0.00 | 0.00 |
| 012 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MERCY HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SLM EDUCATION CREDIT MANAGEMENT CORP | 7,464.47 | 0.00 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL | 2,117.16 | 42.34 | 0.00 | 0.00 |
| 016 | ALFANSO MORENO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FAY MORENO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | US DEPARTMENT OF EDUCATION | 4,416.38 | 0.00 | 0.00 | 0.00 |
| 019 | SALLIE MAE EDUCATION FINANCE CORPORATION | 7,629.46 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 28,458.76 | 178.97 | 0.00 | 0.00 |
|  | Grand Total: | 94,835.66 | 25,949.35 | 2,528.62 | 281.19 |

Total Paid Claimant:     $2,809.81  
Trustee Allowance:     $240.19  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

        /s/ Lydia S. Meyer  
        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  02/26/2009     By  /s/Heather M. Fagan